UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00278-KS

| | | |
|---|---|---|
| NIKEE CRISSINGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, the Appeals Council will refer Plaintiff's case to an Administrative Law Judge ("ALJ"), who will offer her the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 21st day of November 2023.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge