UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NIKEE KATE CRISSINGER | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | |
| | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 5:23-CV-278-KS |
|     Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Brief [DE-13] and the Defendant's Motion to Remand [DE-14].

IT IS ORDERED, ADJUDGED AND DECREED the court reverses the decision of the Commissioner under sentence four of 42 U.S.C. §405(g) and this mater is remanded to the Commissioner for further administrative proceedings.

<u>This judgment filed and entered on **November 21, 2023,**</u> with electronic service upon:

**Russell Bowling,** *Counsel for Plaintiff*
**Dianne Samu,** *Counsel for the Defendant*
**Cathleen McNulty***, Counsel for the Defendant*

                                       **PETER A. MOORE, JR.,**
                                       CLERK, U.S. DISTRICT COURT

DATE: <u>November 21, 2023</u>                 /s/ *Shelia Foell*
                                       (By): Shelia Foell, Deputy Clerk of Court