UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-278-KS

NIKEE CRISSINGER,

    Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Nikee Crissinger, for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Eight Thousand One Hundred Twenty-Seven Dollars and Three Cents ($8,127.03) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

1. Plaintiff is awarded 31 hours at $243.13 per hour in 2023 for a total amount of $7,537.03 for attorney's fees under 28 U.S.C. § 2412(d);

2. Plaintiff is awarded 5.9 hours at $100.00 per hour in the amount of $590.00 for Paralegal Services.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check shall be made payable to Plaintiff's attorney, Russell Bowling.

Whether the check is made payable to Plaintiff or to Russell Bowling, the check shall be mailed to **Olinsky Law Group** at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

So ordered.

Date: 9/5/2024

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge