UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NIKEE CRISSINGER, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:23-CV-278-KS |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees DE-17.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay attorney fees to the Plaintiff in the amount of $8,127,03, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on September 5, 2024, with *electronic service* upon:

**Russell Bowling**
*Counsel for Plaintiff*

**Dianne Samu**
**Cathleen McNulty**
**Cassia Parson**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: September 5, 2024

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk